In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-227 CR


____________________



JOHN LEE BERNARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


Jefferson County, Texas


Trial Cause No. 86034






MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant John Lee Bernard pled guilty to forgery. The
trial court assessed punishment at two years of confinement in a state jail facility, then
suspended imposition of sentence, placed Bernard on community supervision for five years,
and assessed a $300 fine. On February 27, 2006, the State filed a motion to revoke Bernard's
community supervision. Bernard pled "true" to two violations of the terms of the community
supervision order. The trial court found that Bernard violated the terms of the community
supervision order, revoked Bernard's community supervision, and imposed a sentence of two
years of confinement in a state jail facility. 

 Bernard's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On April 26, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from the appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.



 __________________________________

 CHARLES KREGER

 Justice


Submitted on August 21, 2007

Opinion Delivered August 29, 2007

Do not publish


Before McKeithen, C.J., Kreger, and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.